**BOARD OF MANAGERS, Yardarm Beach Condominium II, Richard Kreindler, Charles Miller and Edward Stephenson, individually and on behalf on all others similarly situated, Plaintiffs–Appellants,**

v.

**The VILLAGE OF WESTHAMPTON BEACH and Frederick M. Showers, individually and as Building & Zoning Administrator for the Village of Westhampton Beach, Defendants–Appellees.**

No. 00–9379.

United States Court of Appeals, Second Circuit.

May 30, 2001.

E. Christopher Murray, Reisman, Peirez & Reisman, L.L.P., Garden City, NY; Marybeth Malloy, on the brief, for appellants.

Michael A. Miranda, Miranda & Sokoloff, LLP, New York, NY, for appellees.

Present JACOBS and LEVAL, Circuit Judges, MURTHA, District Judge.*

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be, and it hereby is, AFFIRMED.

---

* The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

Appellants appeal from Judge Seybert's order granting defendants' motion for summary judgment on their claims brought pursuant to 42 U.S.C. § 1983 against the Village of Westhampton and its Building & Zoning Administrator. We affirm for substantially the reasons stated by Judge Seybert in her Memorandum and Order. *See Board of Managers v. Village of Westhampton Beach,* No. 98–CV–0476 (E.D.N.Y. Aug. 22, 2000).